*George N. Gibbs* and *William E. Shuman, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

ROSE, J.

This is an action of replevin for an automobile for the purpose of foreclosing a chattel mortgage thereon. The district court sustained the defense of usury, canceled the chattel mortgage and forfeited the principal debt and interest. Plaintiff appealed.

The case was tried with *Grand Island Finance Co. v. Fowler, ante,* p. 514, and for reasons stated in the opinion therein the judgment below is reversed, with directions to the district court to enter a judgment in favor of plaintiff and against defendant.

REVERSED.

GOOD, J., dissenting.

I dissent from the holding in this case for the reasons given in my dissent in *Grand Island Finance Co. v. Fowler, ante* p. 514.

GRAND ISLAND FINANCE COMPANY, APPELLANT, V. SIDNEY B. BESACK, APPELLEE.

FILED MARCH 10, 1933. No. 28455.

*Beeler, Crosby & Baskins; Francis P. Matthews* and *William P. Kelley,* for appellant.

*George N. Gibbs* and *William E. Shuman, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

ROSE, J.

This is an action of replevin for an automobile for the purpose of foreclosing a chattel mortgage thereon.

The district court sustained the defense of usury, canceled the chattel mortgage and forfeited the principal debt and interest. Plaintiff appealed.

The case was tried with *Grand Island Finance Co. v. Fowler, ante,* p. 514, and for reasons stated in the opinion therein the judgment below is reversed, with directions to the district court to enter a judgment in favor of plaintiff and against defendant.

REVERSED.

GOOD, J., dissenting.

I dissent from the holding in this case for the reasons given in my dissent in *Grand Island Finance Co. v. Fowler, ante* p. 514.

NELS L. NELSEN, APPELLEE, v. LEOPOLD DOLL ET AL., APPELLANTS.

FILED MARCH 10, 1933. No. 28475.

*R. H. Olmsted,* for appellants.

*William McDonnell,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

DEAN, J.

This is an appeal from an order of the district court